```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 27409
    WAYNE DUMAS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-0040

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 07/23/2004 and was confirmed 10/07/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  21.98%.

    The case was paid in full 09/25/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
HSBC AUTO FINANCE         SECURED              5997.00          617.94        5997.00
HSBC AUTO FINANCE         UNSECURED            5425.05             .00        1192.21
WELLS FARGO BANK          CURRENT MORTG           .00              .00            .00
WELLS FARGO BANK          MORTGAGE ARRE        730.13              .00         730.13
ADVANCE TIL PAYDAY        UNSECURED         NOT FILED              .00            .00
AMERICAN GENERAL FINANCE  UNSECURED            6109.17             .00        1342.55
AMERICASH LOANS           UNSECURED         NOT FILED              .00            .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED              .00            .00
COMCAST                   UNSECURED         NOT FILED              .00            .00
FISHER FURNITURE          UNSECURED         NOT FILED              .00            .00
ALLIED WASTE/GROEN WASTE  UNSECURED         NOT FILED              .00            .00
NATIONAL QUICK CASH       UNSECURED         NOT FILED              .00            .00
NICOR GAS                 UNSECURED         NOT FILED              .00            .00
ONE IRON VENTURE          UNSECURED         NOT FILED              .00            .00
PAYDAY LOAN STORE         UNSECURED         NOT FILED              .00            .00
PAYDAY LOAN STORE         UNSECURED         NOT FILED              .00            .00
PROVIDIAN                 UNSECURED         NOT FILED              .00            .00
AT & T BANKRUPCTY         UNSECURED OTH        206.33              .00          45.36
VILLAGE OF RIVERDALE      UNSECURED         NOT FILED              .00            .00
WELLS FARGO FINANCIAL IL  UNSECURED OTH       3219.94              .00         707.68
WELLS FARGO FINANCIAL BA  UNSECURED            2056.36             .00         451.91
GREENBERG & ASSOC         DEBTOR ATTY        2,544.00                         2,544.00
TOM VAUGHN                TRUSTEE                                               771.22
DEBTOR REFUND             REFUND                                                360.73

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 14,760.73

PRIORITY                                               .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 27409 WAYNE DUMAS
```

```
SECURED                                                     6,727.13
    INTEREST                                                  617.94
UNSECURED                                                   3,739.71
ADMINISTRATIVE                                              2,544.00
TRUSTEE COMPENSATION                                          771.22
DEBTOR REFUND                                                 360.73
                                  ---------------     ---------------
TOTALS                                  14,760.73           14,760.73
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/27/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 04 B 27409 WAYNE DUMAS